UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD W. CUPIT,                                  CASE NO. 06-10548

      Plaintiff,

                                  JUDGE JOHN CORBETT O'MEARA

V

CHARTER TOWNSHIP
OF MUNDY
and RICHARD FROST, individually,

      Defendant.

---

LAW OFFICE OF GLEN N. LENHOFF
BY:   GLEN N. LENHOFF  (P32610)
       ROBERT KENT-BRYANT  (P40806)
Attorney for Plaintiff
328 South Saginaw Street
8th Floor, North Building
Flint, Michigan  48502
(810)235-5660

KUPELIAN, ORMOND & MAGY, P.C.
BY:   THOMAS J. McGRAW (P48817)
       STACY J. BELISLE (P59246)
Attorneys for Defendants
25800 Northwestern Hwy., Suite 950
Southfield, MI  48075
(248) 357-0000

SPENDER & ROBB, P.C.
BY:   STEVEN F. SPENDER (P20830)
       DAWN M. WEIER (P61133)
Co-Counsel for Defendants
1289 S. Linden Road, Suite B
Flint, MI  48532
(810) 230-1415

---

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

1

This matter having coming before the Court on Defendant's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and the parties having briefed the issues and conducted oral argument:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is DENIED.

**IT IS FURTHER ORDERED** that Count III of Plaintiff's complaint, Plaintiff's Michigan's Elliott-Larsen Civil Rights Act, MCLA §37.2202, age discrimination claim, is dismissed without prejudice as the Court has declined to accept supplemental jurisdiction of same.

s/John Corbett O'Meara
JOHN CORBETT O'MEARA

Date:__06/07/2006_____

Approved as to form:

_____
Robert Kent-Bryant (P40806)
Attorney for Plaintiff
Date:_____

_____
Thomas J. McGraw (P48817)
Attorney for Defendant
Date:_____

2